```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION


JACINTHA B. TURNER AND
MICHAEL CLEVELAND                                      PLAINTIFFS

VS.                            CIVIL ACTION NO. 5:05-cv-62(DCB)(JMR)

THAMES AUTOPLEX, INC., AND
MITSUBISHI MOTORS CREDIT OF AMERICA                    DEFENDANTS
```

ORDER OF REMAND

This cause having come on for hearing on the plaintiffs' motion to remand, and the motion having been granted in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED that this action is REMANDED to the Circuit Court of Warren County, Mississippi.

SO ORDERED, this the   22nd   day of March, 2006.


                                    s/David Bramlette
                              UNITED STATES DISTRICT JUDGE